AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

|  | ___FILED | ___RECEIVED |
|---|---|---|
|  | ___ENTERED | ___SERVED ON |
|  | COUNSEL/PARTIES OF RECORD | |

**NOV 13 2020**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:20-mj-00901-VCF |
| DELASHAUN DEAN | ) | |
|  | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place:  United States District Court<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Courtroom No.:   3D |
|---|---|
|  | Date and Time:  11/19/20 9:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   11/13/2020

_____
*Judge's signature*

Cam Ferenbach US Magistrate Judge
_____
*Printed name and title*