1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JIM W. FANG
3  Assistant United States Attorney
   501 Las Vegas Blvd. South, Ste. 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6317 / Fax: 702.388.6418
5  jim.fang@usdoj.gov

6  *Attorneys for the United States*

7               **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,           Case No. 2:20-mj-00901-VCF

10              Plaintiff,              ORDER **to Continue the Preliminary Hearing (Second Request)**

11         v.

12  DELASHAUN DEAN,

13              Defendant.

14

15         It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United

16  States Attorney, through Jim W. Fang, Assistant United States Attorney, and Erin M.

17  Gettel, Assistant Federal Public Defender, counsel for Defendant, that the preliminary

18  hearing in the above-captioned matter, previously scheduled for January 29, 2020, at 4:00

19  p.m., be vacated and continued until a time convenient to the Court, but no earlier than 90

20  days from the current setting.

21         1.      Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the

22  defendant's consent and upon a showing of good cause—taking into account the public

23  interest in the prompt disposition of criminal cases—a magistrate judge may extend the time

24  limits [for preliminary hearings] one or more times." Here, the parties have agreed to a pre-

indictment plea and submitted it for the court's consideration. Additional time is needed to allow the court to consider whether to accept the plea.

2. This continuance is not sought for the purposes of delay, but to allow the court an opportunity to examine the merits of this case before deciding whether to accept the parties' plea agreement.

3. Defendant is in custody and agrees to the continuance.

4. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

5. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

DATED this 27th day of January, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

s/Jim W. Fang
JIM W. FANG
Assistant United States Attorney
*Counsel for the United States*

s/ Erin M. Gettel
ERIN M. GETTEL
Assistant Federal Public Defender
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DELASHAUN DEAN,

        Defendant.

Case No. 2:20-mj-00901-VCF

**FINDINGS AND ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties desire to continue the preliminary hearing to facilitate pre-indictment resolution. A plea agreement has been reached between the parties, and the agreement has been submitted for the court's consideration. The Court finds good cause to continue the hearing to allow the court additional time to decide whether to accept the plea.

2. Both counsel for defendant and counsel for the government agree to the continuance.

3. Defendant is in custody and agrees to the continuance.

4. The continuance is not sought for the purposes of delay, but to allow the court an opportunity to examine the merits of this case before deciding whether to accept the parties' plea agreement.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearings in the above-captioned matter, previously scheduled for January 29, 2021, at 4:00 p.m., be vacated and continued to 4/29/2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 27 day of January, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE